11/30/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 10:54:46 AM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
      CHRIS DANIEL, DISTRICT CLERK
      HARRIS COUNTY, TEXAS

CASE NO:    2012-12595       COURT:   11TH       TENTATIVE DUE DATE:    1/1/2016

APPEAL TYPE    REGULAR (NEW TRIAL FILED)         CASE STATUS:    DISPOSED (FINAL)

APPELLANT:    MACARINA GARCIA AND JUAN FIGUEROA

APPELLEE:    ELI GAVRIEL SASSON

EVENT FILE DATE    11/25/2015       NUMBER OF DAYS: 120

EVENT CODES;    BC, C, OA

FILED BY:    **KRISTOPHER K AHN**       TBN:    **785312**

DATE ORDER SIGNED    9/3/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    66900341    VOLUME:        PAGE:

MOTION FOR NEW TRIAL FILING DATE:      : October 2, 2015

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/DUANE C. GILMORE**
              DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

## NO. 2012-12595

| | | |
|---|---|---|
| MACARINA GARCIA AND JUAN FIGUEROA | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| V. | § | 11TH JUDICIAL DISTRICT |
| | § | |
| ELI GAVRIEL SASSON | § | |
| Defendant. | § | OF HARRIS COUNTY, TEXAS |

### NOTICE OF APPEAL

Plaintiffs, Macarina Garcia and Juan Figueroa, parties to this case, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on September 3, 2015.

Macarina Garcia and Juan Figueroa desire to appeal on deemed admissions and on other grounds.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Macarina Garcia and Juan Figueroa.

Respectfully submitted,

AHN LAW FIRM

By: _____
Kristopher K. Ahn
Texas Bar No. 00785312
Email: AHNLAWFIRM@GMAIL.COM
9930 Long Point Rd.
Houston, TX 77055
Tel. (713) 781-2322
Fax. (713) 781-2542
Attorney for Plaintiffs
Macarina Garcia and Juan Figueroa

## CERTIFICATE OF SERVICE

I certify that on November 25, 2015 a true and correct copy of Plaintiffs' Notice of Appeal was served by fax on Jeff Musslewhite at (888) 599-4190 .

Kristopher K. Ahn

CAUSE NO. 2012-12595

| | | |
|---|---|---|
| MACRINA GARCIA AND JUAN FIGUEROA,<br>　　　Plaintiffs,<br><br>V.<br><br>ELI GAVRIEL SASSON,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br>OF HARRIS COUNTY, TEXAS<br><br><br>11TH JUDICIAL DISTRICT |

---

## FINAL JUDGMENT

---

**BE IT REMEMBERED** that on the 18th day of August 2015, came on for trial the above entitled and numbered cause. Plaintiffs Macrina Garcia and Juan Figueroa ("Plaintiffs") appeared in person and by and through their attorney of record Kristopher Ahn, and Defendant Eli Sasson d/b/a West Houston Mobile Home appeared in person and by and through his attorney of record Jeff Musslewhite.

Plaintiffs and Defendant announced ready for trial. An application for jury trial having been filled previously and the appropriate fee paid, a jury of twelve (12) men and women were properly questioned, selected and empaneled. The trial commenced with presentation of evidence.

Upon the close of all the evidence, the Court submitted to the jury certain questions upon which the jury deliberated in order to reach a verdict on the claims brought by Plaintiffs against Defendant. Upon completion of its deliberations, the jury returned in open Court its verdict to those questions presented by the Court. Said verdict was received by the Court and filed of record.[1]

---

[1] Jury's Verdict is incorporated herein as if recited verbatim.

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

After review of the verdict, said verdict being rendered by a 10-2 decision and signed by the 10 agreeing jurors, the Court accepted said verdict and rendered judgment that Plaintiffs take nothing from Defendant.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that judgment is hereby rendered that Plaintiffs Macrina Garcia and Juan Figueroa shall take nothing of and from Defendant Eli Sasson d/b/a West Houston Mobile Home.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of Court are taxed against the party incurring same.

All relief not expressly granted herein is hereby **DENIED**.

Signed this _____ day of _____**SEP - 3 2015**_____ 2015.

_____
JUDGE PRESIDING

2

Respectfully submitted,

**Brown & Musslewhite Ltd., LLP**

By:    */s/ Jeff Musslewhite*
       Jeffrey Musslewhite
       TBN: 24041555
       1770 St. James Place, Suite 100
       Houston, Texas 77056
       281-810-8780 - Office
       888-599-4190 - Facsimile
       www.lbjmlaw.com
       jeff@lbjmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2015, a true and correct copy of the foregoing document was served, pursuant to the Texas Rules of Civil Procedure, on all counsel of record by US Mail, facsimile and/or Federal Express.

**<u>Via Facsimile 713-781-2542</u>**
Kristopher Ahn
9930 Long Point Road
Houston, Texas 77055

                            */s/ Jeff Musslewhite*
                            Jeff Musslewhite

3

```
CASE NUM: 201212595__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: GARCIA, MACRINA               VS SASSON, ELI GAVRIEL (DBA WEST HOU
=============================================================================
                       **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME            PTY    ASSOC. ATTY
   NUM    NUMBER                                        STAT
_     00003-0002 XDF 24088626 FIGUEROA, JUAN                WHITAKER, NIC
_     00002-0002 XPL 00792375 SASSON, ELI GAVRIEL (DBA WEST  BROWN, LORI L
_     00001-0002 XDF 24088626 GARCIA, MACRINA               WHITAKER, NIC
_     00005-0001 DEF 24041555 SASSON, ELI GAVRIEL           MUSSLEWHITE,
_     00004-0001 DEF          WEST HOUSTON MOBILE HOME COMMU
_     00003-0001 PLT 00785312 FIGUEROA, JUAN                AHN, KRISTOPH
_     00002-0001 DEF          SASSON, ELI GAVRIEL (DBA WEST
_     00001-0001 PLT 00785312 GARCIA, MACRINA               AHN, KRISTOPH

==> (8) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP
```